_____

No. 95-1738
_____


Leonard J. Richards,                    *
                                        *
          Appellant,                    *
                                        *
     v.                                 *
                                        *
Michael O. Freeman, Hennepin            *
County Attorney; John D.                *
Tierney, Principal Assistant            *
Hennepin County Attorney; David         *
C. Brown, Assistant Hennepin            *
County Attorney; Timothy J.             *
Jayson, Assistant Hennepin              *
County Attorney; Allen L.               *
Oleisky, Judge; Kevin S. Burke,         *
Judge; Jack Marlowe Provo,              *
Hennepin County Court                   *
Administrator; Jo Ann Graceyasz,*
Hennepin County Court                   *
Administrator; John M. Stuart,          *
State Pubic Defender; Richard F.*    Appeal from the United States
Scherman, Chief Administrator,          *   District Court for the
Board of Public Defense of the          *   District of Minnesota.
State of Minnesota; Board of            *
Public Defense of the State of          *        [UNPUBLISHED]
Minnesota; State of Minnesota;          *
Arne Helge Carlson, Governor;           *
Michael A. McGrath, Treasurer;          *
Hubert H. Humphrey, III,                *
Attorney General of the State of*
Minnesota; John Gunyou,                 *
Commissioner of Finance; County         *
of Hennepin; Frank William Wood,*
Commissioner of Corrections of          *
the State of Minnesota; James H.*
Bruton, Deputy Commissioner,            *
Minnesota State Department of           *
Corrections; Fredric Arnold             *
Holbeck, Warden, Minnesota              *
Correctional Facility - Oak Park*
Heights; Charles H. Jakway,             *
Associate Warden, Minnesota             *
Correctional Facility - Oak Park*
Heights; Richard L. Hagelberger,*
Due Process Supervisor,                 *

Minnesota Correctional                        *
Facility - Oak Park Heights;                   *
Greg Smith, Casemanager,                       *
Minnesota Correctional Facility                *
- Oak Park Heights; David                      *
Oelrich, Casemanager, Minnesota                *
Correctional Facility - Oak Park*
Heights; Craig Oseland,                        *
Casemanager, Minnesota                         *
Correctional Facility - Oak Park*
Heights; Chris Esty, Casemanager*
Supervisor, Minnesota                          *
Correctional Facility - Oak Park*
Heights; Otis Zanders, Program                 *
Manager, Minnesota Correctional                *
Facility - Oak Park Heights;                   *
James Zawacki, Program Manager,                *
Minnesota Correctional Facility *
- Oak Park Heights; Gregory                    *
Thomas Carlton, M.D., Medical                  *
Director, Minnesota Correctional*
Facility - Oak Park Heights;                   *
Thomas Dowdle, Associate Warden,*
Minnesota Correctional Facility                *
- Oak Park Heights; Mark Freer,                *
Special Investigator, Minnesota                *
Correctional Facility - Oak Park*
Heights; David Roger Crist,                    *
Associate Warden, Minnesota                    *
Correctional Facility -                        *
Stillwater; Dennis L. Benson,                  *
Warden, Minnesota Correctional                 *
Facility - Stillwater; Erik                    *
William Skon, Associate Warden,                *
Minnesota Correctional Facility *
- Stillwater; John Does; Mary                  *
Roes, without limitation as to                 *
number,                                        *
                                               *
                                               *
          Appellees.                           *

                    _____

          Submitted: September 6, 1996

             Filed: September 16, 1996
                    _____

Before WOLLMAN, BEAM, and HANSEN, Circuit Judges.
                    _____

PER CURIAM.

Leonard J. Richards brought this action under 42 U.S.C. §§ 1983, 1985, 1988, during his state criminal prosecution, seeking injunctive and declaratory relief. The district court[1] granted defendants' motions to dismiss and denied Richards's motion to amend his complaint to add, inter alia, a request for damages. We have carefully reviewed the record, including the parties' briefs, and conclude that the district court correctly dismissed the action and did not abuse its discretion in denying the motion to amend. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B. We also deny Richards's motions to supplement the record, as they concern issues presented in his amended complaint.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Paul A. Magnuson, Chief Judge, United States District Court for the District of Minnesota.